## Habecker's Estate (No. 4).

OPINION BY RICE, P. J., July 20, 1910:

It is agreed by counsel that the same question, and only the same question, is involved in this appeal as is involved in the appeal in the Estate of Mary Habecker, ante, p. 91, and that the same decree shall be made as in that case.

The decree is affirmed at the costs of the appellant.